UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUSAN L BLODGETT,

        Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CASE NO. 3:23-cv-05051-JRC

ORDER GRANTING EXTENSION

This matter is before the Court on defendant's motion for an extension of time in which to file the Administrative Record ("AR"). Dkt. 8. The motion is unopposed. The Court finds good cause and grants the motion. The AR is due May 22, 2023.

Dated this 20th day of March, 2023.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING EXTENSION - 1